### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-02416-CMA-MEH

KEELY SEVERSON,

 Plaintiff,

v.

CONTINENTAL SERVICE GROUP, INC., a New York corporation, d/b/a CONSERVE,

 Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

 This matter is before the Court on the parties' Stipulation of Dismissal With PRejudice (Doc. # 6). The Court having considered the Stipulation of Dismissal, hereby

 ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

 DATED: November __17__, 2009

              BY THE COURT:

              _____
              CHRISTINE M. ARGUELLO
              United States District Court Judge